UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE RIZZOTTI, | ) |
| | ) Case No. CV-08-2749-WDB |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER** |
| v. | ) |
| | ) |
| PRUDENTIAL FINANCIAL, a Corporation, | ) |
| | ) |
| Defendant. | ) |

IT IS SO ORDERED. The Case Management Conference currently set for December 15, 2008 at 4:00 p.m., is continued to February 17, 2009.

Dated: December 9, 2008

_____
HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE