# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| CARRIE RIZZOTTI, | Case No.: 3:08-cv-02749 TEH |
|---|---|
| Plaintiffs, | Action Filed : 06/02/2008 |
| vs. | [~~PROPOSED~~] ORDER RE: STIPULATION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE |
| CENTRAL PACIFIC MORTGAGE COMPANY LONG TERM DISABILITY PLAN; PRUDENTIAL FINANCIAL, | |
| Defendants. | DATE: March 9, 2009<br>TIME: 1:50 p.m.<br>CTRM.: 12 |
| | [Filed Concurrently With:<br> - Stipulation] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

Having reviewed the stipulation submitted by Defendant The Prudential Insurance Company of America ("Prudential") and for good cause shown, it is hereby ordered that counsel for Prudential, Robert J. McKennon, Esq. and Plaintiff Carrie Rizzotti, Thornton Davidson, Esq., are permitted to appear telephonically at the March 9, 2009 Case Management Conference.

DATED: January 21, 2009

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*

Respectfully submitted,

BARGER & WOLEN LLP

By: /s/ Robert J. McKennon
    ROBERT J. MCKENNON
    SCOTT E. CALVERT
    Attorneys for Defendant
    The Prudential Insurance Company
    of America

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-
[PROPOSED] ORDER
Case No.: 3:08-cv-02749 TEH