Robert J. McKennon (123176),
rmckennon@bargerwolen.com
Scott E. Calvert (210787),
scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendant
The Prudential Insurance Company
of America (erroneously sued as Prudential Financial)

Thornton Davidson, Esq. (166487)
thorntondavidson@aol.com
THE ERISA LAW GROUP
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone: (559) 256-9800
Facsimile: (559) 256-9795

Attorneys for Plaintiff
Carrie Rizzotti

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CARRIE RIZZOTTI<br><br>          Plaintiffs,<br><br>vs.<br><br>CENTRAL PACIFIC MORTGAGE COMPANY LONG TERM DISABILITY PLAN; PRUDENTIAL FINANCIAL,<br><br>          Defendants. | Case No.: 3:08-cv-02749 TEH<br><br>Action Filed : 06/02/2008<br><br>**STIPULATION OF COUNSEL FOR AN EXTENSION OF TIME WITHIN WHICH DEFENDANT MAY RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Local Rule 6-1] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

\\bwnasla\nbo\office4\40694\013\09pleadings\04 stip ext2answer.doc          Case No.: 3:08-cv-02749 TEH
STIPULATION OF COUNSEL FOR AN EXTENSION OF TIME

1  Pursuant to Rule 6-1 of the Local Rules of Practice for the United States
2  District Court for the Northern District of California ("Local Rules"), Plaintiff
3  Carrie Rizzotti ("Plaintiff") and Defendant The Prudential Insurance Company of
4  America ("Defendant"), by and through their respective counsel, hereby stipulate to
5  extend the time within which Defendant may answer or otherwise respond to the
6  Complaint filed by Plaintiff on February 17, 2009 and served by request for waiver
7  of service of summons upon Defendant on December 16, 2008.

9  Specifically, Defendant shall have an additional fourteen (14) days from the
10 response date in which to answer or otherwise respond, such that a pleading filed on
11 or before March 3, 2009 shall be deemed timely.  Good cause exists for this
12 extension because additional time is needed to gather all relevant plan documents
13 and all matters previously reviewed and considered in connection with Plaintiff's
14 disability claim (*i.e.*, the "Administrative Record"), to formulate their interim
15 litigation strategy and to prepare their actual responsive pleadings.

17 As provided by Local Rule 6-1, this stipulation "will not alter the date of any
18 event or any deadline already fixed by Court order."

20 Dated:  February 17, 2009            BARGER & WOLEN LLP

22                                      By: */s/ Scott E. Calvert*
                                            ROBERT J. MCKENNON
23                                          SCOTT E. CALVERT
                                            Attorneys for Defendant
24                                          The Prudential Insurance Company
                                            of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Thelton E. Henderson
02/19/09

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-

Case No.: 3:08-cv-02749 TEH

STIPULATION OF COUNSEL FOR AN EXTENSION OF TIME

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

| | |
|---|---|
| Dated:  February 17, 2009 | THE ERISA LAW GROUP |
| | |
| | By: */s/ Thornton Davidson* |
| | THORNTON DAVIDSON |
| | Attorneys for Plaintiff |
| | Carrie Rizzotti |