Robert J. McKennon (123176),
rmckennon@bargerwolen.com
Scott E. Calvert (210787),
scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendant
The Prudential Insurance Company
of America (erroneously sued as Prudential Financial)

Thornton Davidson, Esq. (166487)
thorntondavidson@aol.com
THE ERISA LAW GROUP
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone: (559) 256-9800
Facsimile: (559) 256-9795

Attorneys for Plaintiff
Carrie Rizzotti

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CARRIE RIZZOTTI<br><br>         Plaintiffs,<br><br>vs.<br><br>CENTRAL PACIFIC MORTGAGE COMPANY LONG TERM DISABILITY PLAN; PRUDENTIAL FINANCIAL,<br><br>         Defendants. | Case No.: 3:08-cv-02749 TEH<br><br>Action Filed : 06/02/2008<br><br>**STIPULATION TO APPEAR TELEPHONICALLY AT THE CONTINUED CASE MANAGEMENT CONFERENCE**<br><br>DATE: April 27, 2009<br>TIME: 1:30 p.m.<br>CTRM.: 12 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

\\bwnasla\nbo\office4\40694\013\09pleadings\05 stip & order to appear at cmc by phone.doc
STIPULATION TO APPEAR TELEPHONICALLY AT THE CONTINUED CASE MANAGEMENT CONFERENCE

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

WHEREAS, the Court scheduled the continued Case Management Conference ("CMC") for April 27, 2009 at 1:30 p.m.;

WHEREAS, lead trial counsel for Plaintiff Carrie Rizzotti ("Williams"), Thornton Davidson, Esq., practices in Fresno, California;

WHEREAS, lead trial counsel for Defendant Prudential Insurance Company of America ("Prudential"), Robert J. McKennon, Esq., practices in Irvine, California;

WHEREAS, it would be more efficient if both counsel could appear telephonically at the CMC rather that travel from Southern to Northern California for the appearance;

WHEREAS, Mr. Davidson can be reached at (559) 256-9800 and Mr. McKennon can be reached directly at (949) 798-5861 on the date of the hearing

The parties, by and through their respective counsel of record, hereby stipulate and respectfully request the Court to permit Mr. Davidson and Mr. McKennon to appear telephonically at the April 27, 2009 CMC.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-   Case No.: 3:08-cv-02749 TEH
STIPULATION TO APPEAR TELEPHONICALLY AT THE CONTINUED CASE MANAGEMENT CONFERENCE

1     IT IS SO STIPULATED.

3   Dated: April 14, 2009                     BARGER & WOLEN LLP

5                                       By: /s/ Robert J. McKennon
                                            ROBERT J. MCKENNON
                                            SCOTT E. CALVERT
                                            Attorneys for Defendant
                                            The Prudential Insurance Company
                                            of America

9   Dated: April 14, 2009                     THE ERISA LAW GROUP

11                                       By: /s/ Thornton Davidson
                                            THORNTON DAVIDSON
                                            Attorneys for Plaintiff
                                            Carrie Rizzotti

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# ORDER

Having reviewed the stipulation submitted by Defendant The Prudential Insurance Company of America ("Prudential") and for good cause shown, it is hereby ordered that counsel for Prudential, Robert J. McKennon, Esq. and Plaintiff Carrie Rizzotti, Thornton Davidson, Esq., are permitted to appear telephonically at the April 27, 2009 Case Management Conference.

Counsel shall initiate the call to the Court.
~~The Court will initiate the call to counsel 5-10 minutes prior to the time of the hearing through the Court's telephone conferencing system in the courtroom by calling Mr. Davidson at (559) 256-9800 and Mr. McKennon at (949) 798-5861.~~

DATED: April 20, 2009



HON. THELTON EUGENE HENDERSON
UNITED STATES DISTRICT JUDGE

Case No.: 3:08-cv-02749 TEH

ORDER