Robert J. McKennon (123176),
rmckennon@bargerwolen.com
Scott E. Calvert (210787),
scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendant
The Prudential Insurance Company
of America

Thornton Davidson, Esq. (166487)
thorntondavidson@aol.com
THE ERISA LAW GROUP
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone: (559) 256-9800
Facsimile: (559) 256-9795

Attorneys for Plaintiff
Carrie Rizzotti

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CARRIE RIZZOTTI<br><br>             Plaintiffs,<br><br>vs.<br><br>CENTRAL PACIFIC MORTGAGE COMPANY LONG TERM DISABILITY PLAN; PRUDENTIAL FINANCIAL,<br><br>             Defendants. | Case No.: 3:08-cv-02749 TEH<br><br>Action Filed : 06/02/2008<br><br>**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>[FRCP Rule 41(a)(1)] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

r:\erisa.jill\rizzotti, c\09 stip to dismiss (2).doc    Case No.: 3:08-cv-02749 TEH
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

IT IS HEREBY STIPULATED by and between Plaintiff Carrie Rizzotti and Defendant The Prudential Insurance Company of America, by and through their respective attorneys of record, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his or its own costs, including attorneys' fees.

IT IS SO STIPULATED.

Dated:  July 22, 2009		BARGER & WOLEN LLP


		By: /s/ Robert J. McKennon
		ROBERT J. MCKENNON
		SCOTT E. CALVERT
		Attorneys for Defendant
		The Prudential Insurance Company
		of America


Dated:  July 22, 2009		THE ERISA LAW GROUP


		By: /s/ Thornton Davidson
		THORNTON DAVIDSON
		Attorneys for Plaintiff
		Carrie Rizzotti

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-
Case No.: 3:08-cv-02749 TEH
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

# **ORDER**

Having reviewed the foregoing stipulation and for good cause shown, it is hereby ordered this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: July  24 , 2009



_____
HON. THELTON EUGENE HENDERSON
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800